# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARLOS GARCIA FRANCO,

          Petitioner,

    v.

TODD BLANCHE, et al.,

          Respondents.

Case No. 5:26-cv-01939-SK

**JUDGMENT**

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner Carlos Garcia Franco is to be released from the custody of Immigration and Customs Enforcement immediately on the terms of his original order of supervision.

DATED: <u>April 28, 2026</u>

_____

STEVE KIM
United States Magistrate Judge